```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
    the United States of America
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,   ) Case No: 1: 12-cr-00106 LJO/DLB
11                             )
                 Plaintiff,    ) STIPULATION BETWEEN THE UNITED
12                             ) STATES AND DEFENDANT REGARDING
                               ) PRODUCTION OF PROTECTED
13      v.                     ) INFORMATION; PROTECTIVE ORDER
                               ) RE: SAME
14                             )
   ROJELIO MARTIN,             )
15                             )
                 Defendant.    )
16 ────────────────────────────)

17
```

18      WHEREAS, the discovery in this case is voluminous and
19 contains a large amount of private personal information regarding
20 third parties and victims (both adults and minors), including but
21 not limited to their names, dates of birth, Social Security
22 numbers, telephone numbers, and residential addresses ("Protected
23 Information"); and
24      WHEREAS, the parties desire to avoid both the necessity of
25 large scale redactions and the unauthorized disclosure or
26 dissemination of this information to anyone not a party to the
27 court proceedings in this matter;
28

Stipulation Between the United States and Defendant Regarding Production of Protected
Information; [Proposed] Protective Order Re: Same

-1-

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant ROJELIO MARTIN, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Stanley A. Boone, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorneys, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the

Stipulation Between the United States and Defendant Regarding Production of Protected Information; [Proposed] Protective Order Re: Same

-2-

property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 16, 2012     By: /s/ Stanley A. Boone
                            STANLEY A. BOONE
                            Assistant U.S. Attorney

DATED: May 16, 2012     By: /s/ E. Marshall Hodgkins
                            E. MARSHALL HODGKINS
                            Attorney for Defendant
                            ROJELIO MARTIN

IT IS SO ORDERED.

**Dated:   May 21, 2012**          /s/ Lawrence J. O'Neill
                            UNITED STATES DISTRICT JUDGE

Stipulation Between the United States and Defendant Regarding Production of Protected Information; [Proposed] Protective Order Re: Same

-3-