**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@aol.com**
**TELEPHONE: 559-248-0900**
**FACSIMILE: 559-248-0901**

Attorney for Defendant, ROGELIO MARTIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00106 LJO/DLB |
| Plaintiff, | **STIPULATION MODIFYING TERMS AND CONDITIONS OF PRE-TRIAL RELEASE** |
| vs. | |
| ROGELIO MARTIN, | |
| Defendant | |

It is stipulated among the parties that the terms and conditions of pre-trial release are modified from a Secured Bond on the property located on E. Bardsley in Tulare, California to a Secured Bond on the property on E. Montecito in Fresno, California as indicated below.

The defendant, Rogelio Martin, is released on a $50,000 Secured Property Bond, secured by the real estate property located at 4156 E. Montecito Ave., Fresno, CA 93702. A $50,000 Property Bond utilizing the equity in this property, owned by Oliverio Munoz Vazquez and Maria E.Vazquez, husband and wife as joint tenants, shall be forfeited upon the failure of Rogelio Martin to appear or abide by any of the conditions of release. All other previously ordered terms and conditions of release, not in conflict, remain in full force and effect.

IT IS SO STIPULATED.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: 6/14/12              By:    /s/ Stanley A. Boone
                                   _____
                                   STANLEY A. BOONE
                                   Assistant U.S. Attorney


DATED: 6/14/12              By:    /s/ E. Marshall Hodgkins
                                   _____
                                   E. MARSHALL HODGKINS
                                   Attorney for Defendant
                                   ROGELIO MARTIN
```

IT IS SO ORDERED.

Dated: __**June 14, 2012**__                 /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE