BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 1: 12-cr-00106 LJO/DLB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION & ORDER CONTINUING |
| | ) | STATUS CONFERENCE AND EXCLUDING |
| v. | ) | TIME UNDER THE SPEEDY TRIAL |
| | ) | |
| ROBERTO OLIVARES, ROJELIO MARTIN, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants ROBERT OLIVARES, by and through his counsel of record Jeff Hammerschmidt, ROJELIO MARTIN, by and through his counsel of record Marshall Hodgkins, and plaintiff the United States of America, by and through its counsel of record, hereby jointly stipulate and respectfully request that the Status Conference scheduled for September 24, 2012, at 1:00 p.m. be continued to November 13, 2012, at 1:00 p.m.

The grounds for this stipulation are that a continuance of time through November 13, 2012, is required to provide additional

time for effective defense preparations, plea negotiations, and consideration of a potential plea by the defendants.

The parties agree and stipulate that time should be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: September 21, 2012,     BENJAMIN B. WAGNER
United States Attorney

By: /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

DATED: September 21, 2012,     By: /s/ E. Marshall Hodgkins
E. MARSHALL HODGKINS
Attorney for Defendant
ROJELIO MARTIN

DATED: September 21, 2012,     By: /s/ Jeff Hammerschidt
JEFF HAMMERSCHMIDT
Attorney for Defendant
ROBERTO OLIVARES

IT IS SO ORDERED.

IT IS FURTHER ORDERED that for the reasons stated above the court finds good cause to exclude time under the Speedy Trial Act and time is excluded in the interests of justice under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice served by the continuance outweigh the interests of the public

and the defendant in a speedy trial from September 24, 2012 to and including November 13, 2012.

IT IS SO ORDERED.

Dated: **September 21, 2012**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE