1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
    the United States of America

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) 1:12-CR-00106-LJO-BAM
                                )
12           Plaintiff,          ) ORDER FOR FORFEITURE MONEY
                                ) JUDGMENT
13      v.                       )
                                )
14 ROJELIO MARTIN,              )
                                )
15           Defendant.          )
                                )
16 _____)

17      Based upon the United States' Application for Forfeiture Money

18 Judgment and the plea agreement entered into between plaintiff United

19 States of America and defendant Rojelio Martin,

20      IT IS HEREBY ORDERED that

21      1.   The defendant Rojelio Martin shall forfeit to the United

22 States the sum of $44,860.00, and the Court imposes a personal

23 forfeiture money judgment against defendant in that amount.

24      2.   Any funds applied towards such judgment shall be forfeited

25 to the United States of America and disposed of as provided for by

26 law.  Prior to the implementation of sentence, any funds delivered to

27 the United States to satisfy the personal money judgment shall be

28 seized and held by the U.S. Marshals Service, in its secure custody

and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed the then-owing amount of the judgment to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: **May 29, 2013**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE