E. MARSHALL HODGKINS #76796
1186 W. Shaw Avenue #103
Fresno, California  93711
Telephone:  (559) 248-0900
Facsimile:  (559) 248-0901

Attorney for Defendant, ROJELIO MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>vs.<br><br>ROJELIO MARTIN,<br><br>    *Defendant* | Case No.: 1:12-cr-00106-02 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SURRENDER DATE TO AUGUST 20, 2013**<br><br>Judge: Lawrence J. O'Neill |

   It is agreed by all parties that the Defendant's currently set surrender date of July 2, 2013 be continued to August 20, 2013. The Defendant is to surrender to the Atwater Penitentiary.

   The justification for such a continuance is a Worker's Compensation Settlement Conference and possible hearing which are attached to this Stipulation.

   It is so stipulated and agreed.

                                                      /s/ E. Marshall Hodgkins

**DATED: 6/20/13**
                                                      **E. MARSHALL HODGKINS**
                                                      **ATTORNEY FOR DEFENDANT**
                                                      **ROJELIO MARTIN**

                                                      /s/ Christopher Baker

**DATED: 6/20/13**
                                                      **CHRISTOPHER BAKER,**
                                                      **ASSISTANT U.S. ATTORNEY**

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:  **June 24, 2013**                             **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE