**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@aol.com**
**TELEPHONE: 559-248-0900**
**FACSIMILE: 559-248-0901**

Attorney for Defendant, ROGELIO MARTIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00106 LJO |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DEFENDANT'S DUTY TO PAY RESTITUTION AND CONTINUED SURRENDER DATE TO SEPTEMBER 26, 2013** |
| vs. | |
| ROGELIO MARTIN, | |
| Defendant | |

WHEREAS, by Judgment entered May 24, 2013 [Doc. 71], defendantROJELIO MARTIN was sentenced, among other things, to be imprisoned for a term of 33 months and to pay restitution jointly and severally with co-defendant Roberto Olivares in the amount of $44,860;

WHEREAS, defendant's original surrender date of July 2, 2013, was ordered by Court on stipulation of the parties to be continued to August 20, 2013, to enable defendant to attend a state agency settlement conference [Doc. 75];

WHEREAS, the parties delayed the defendant's surrender date

until September 3, 3013, to enable the defendant to attend a hearing before the Labor Commissioner of the State of California on August 28, 2013, whereat defendant, as claimant in "Case No. 01-43188 MG," was seeking a compensatory award of approximately $20,000; and as indicated by a letter of the Hearing Officer of the Division of Labor and Standards Enforcement for the State of California, that hearing on August 28th, 2013 was not concluded and will continue and be concluded on September 19, 2013,

WHEREAS, the parties agree and desire to stipulate that at least 90% of any monetary award the defendant receives in partial or full resolution of "Case No. 01-43188 MG" be paid to Court in partial satisfaction of defendant's restitution obligation;

THEREFORE, defendant ROJELIO MARTIN, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Christopher D. Baker("government"), hereby agree and stipulate as follows:

1. The parties agree and stipulate that the defendant's current surrender date of September 3, 2013, shall be continued to 2:00 p.m. on September 26, 2013, at 2:00 p.m. to enable the defendant to attend a hearing before the Labor Commissioner of the State of California on the already scheduled date of September 19, 2013 (see attachment), in "Case No. 01-43188 MG."

2. Defendant, through Defense Counsel, will provide to the government copies of all correspondence and associated documents he receives from the Labor Commissioner of the State of California on or after the date of this stipulation relating to the decision, adjudication, payment or benefit received in connection with "Case No. 01-43188 MG" within 10

days of receiving such correspondence or documents.

3. In the event defendant is awarded any compensation or benefit in connection with "Case No. 01-43188 MG," defendant will instruct the Labor Commissioner to pay at least 90% of the award or benefit directly to the Clerk of the Court in partial satisfaction of his restitution obligation, and if defendant receives any such award, will immediately pay at least 90% of such award to the Clerk of the Court in partial satisfaction of his restitution obligation as set forth in the Judgment and Commitment in this case [Doc. 71].

Dated: August   , 2013              BENJAMIN B. WAGNER
                                    United States Attorney


                                     /s/
                                    CHRISTOPHER D. BAKER
                                    Assistant U.S. Attorney


                                     /s/ E. Marshall Hodgkins
                                    E. MARSHALL HODGKINS
                                    Attorney for Defendant
                                      Rogelio Martin


                                    _____
                                    ROJELIO MARTIN
                                    Defendant Rojelio Martin


IT IS SO ORDERED.

   Dated:   **August 30, 2013**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE