Jeffrey T. Hammerschmidt #131113
William A. Parry #201617
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Ste. 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Roberto Olivares

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00106-LJO-DLB-1 |
| Plaintiff, | |
| vs. | ORDER EXONERATING BAIL |
| ROBERTO OLIVARES, | |
| Defendant | |

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in this matter and the Clerk of the Court is ordered to reconvey the following $20,000 cash bond that was posted as security for bail in two separate $10,000 cash bond payments on or about May 23, 2012, and May 31, 2012:

Owners: Alex Olivares

Address: 26331 Road 68, Tulare CA 93274

Cash Bond Receipt Numbers: CAE100018995, and CAE100019051.

DATED: 10-16-13

_____
LAWRENCE J. O'NEILL
United States District Court

-1-